UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-255

| | |
|---|---|
| GABRIEL MICAH LOCKLEAR, individually and on behalf of a class of other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>DAVE & BUSTER'S ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant. | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1441, 1446 (Federal Question Jurisdiction)**<br><br>Wake County Superior Court File No. 25CV0108037-910 |

Defendant Dave & Buster's Entertainment, Inc. ("Dave & Buster's"), by and through its undersigned counsel, notices the removal of the above-captioned case from the General Court of Justice, Superior Court Division, Wake County, North Carolina, to the United States District Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Dave & Buster's states as follows:

1. On March 27, 2025, Plaintiff Gabriel Micah Locklear ("Plaintiff") commenced this action by filing a complaint and having a summons issued against Dave & Buster's in the Wake County Superior Court. The matter was assigned file number 25CV010837-910 and is styled *Gabriel Micah Locklear v. Dave & Buster's Entertainment, Inc.*

2. Dave & Buster's was served with a copy of the Summons and Complaint on April 14, 2025, when counsel for Dave & Buster's accepted service via electronic

mail. A copy of the correspondence is attached as **Exhibit 1.**

3. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of the (1) summons; (2) complaint; (3) consent motion to extend time to respond to the complaint; and (4) order granting consent motion to extend time to respond to the complaint are attached as **Exhibits 2–5**. To date, these documents are the only documents served upon Dave & Buster's in this case.

4. Dave & Buster's files this Notice of Removal Court pursuant to 28 U.S.C. § 1446. This notice of removal is being filed with Court within 30 days of receipt of Plaintiff's complaint, as required by 28 U.S.C. § 1446(b). The time for removing to federal court has not expired. Dave & Buster's is the sole defendant in this matter, and consents to the removal of this action.

5. In compliance with 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the Clerk of Superior Court, Wake County, North Carolina, and written notice will be served on counsel for Plaintiff. A copy of the Notice to State Court of Removal (without attachments) is attached as **Exhibit 6**, and a copy of the Notice to Adverse Party of Removal (without attachments) is attached as **Exhibit 7**.

### FEDERAL QUESTION JURISDICTION

6. Pursuant to 28 U.S.C. § 1441(a):

> [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. Additionally, this Court has original jurisdiction under 28 U.S.C. § 1331 of all civil actions arising under the Constitution, laws, or treaties of the United States.

8. In the complaint, Plaintiff alleges a claim under the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act, 15 U.S.C § 1681, *et seq.* ("FCRA"), a federal statute.

9. This lawsuit is, therefore, a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

## **VENUE**

10. Removal to the United States District Court for the Eastern District of North Carolina is proper under 28 U.S.C. § 1441(a) because the complaint was filed in Wake County, North Carolina, which is located within this Court's venue, and because the alleged events giving rise to the claims occurred in this District.

\* \* \*

WHEREFORE, Defendant Dave & Buster's hereby provides notice that *Gabriel Micah Locklear v. Dave & Buster's Entertainment, Inc.*, Case No. 25CV010837-910, is removed from the General Court of Justice, Superior Court Division, Wake County, North Carolina, to this Court for all further proceedings.

Respectfully submitted this 14th day of May, 2025.

        **POYNER SPRUILL LLP**

By:   /s/ Stephanie L. Gumm
Stephanie L. Gumm
NC State Bar No. 53485
sgumm@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Tel: (919) 783-2819
Fax: (919) 783-1075

*Local Civil Rule 83.1(d) Attorney for Defendant Dave & Buster's Entertainment, Inc.*

**JASZCZUK P.C.**

Martin W. Jaszczuk*
Akshay Soman*
311 S. Wacker Dr.,
Suite 2150
Chicago, IL 60606
Tel: 312-442-0509
mjaszczuk@jaszczuk.com
asoman@jaszczuk.com

*Attorneys for Defendant Dave & Buster's Entertainment, Inc.*

**Notices of Special Appearance Forthcoming*

# CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a copy was sent to the following recipients by United States Mail, first class, postage pre-paid.

> W. Stacy Miller, II
> MaryAnne M. Hamilton
> Miller Law Group, PLLC
> 2424 Glenwood Avenue, Suite 201
> Raleigh, NC  27608
>
> *Attorneys for Plaintiff*

This 14th day of May, 2025.

/s/ Stephanie L. Gumm
Stephanie L. Gumm
