IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-255-D

| | | |
|---|---|---|
| GABRIEL MICAH LOCKLEAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| DAVE & BUSTER'S ENTERTAINMENT, INC., | ) ) ) ) | |
| Defendant. | ) | |

The court GRANTS plaintiff's motion to remand [D.E. 8]. The court REMANDS the action to Wake County Superior Court.

SO ORDERED. This 20 day of June, 2025.

                                                  JAMES C. DEVER III
                                                  United States District Judge